[No. 72742-7-I.   Division One.   November 23, 2015.]

*In the Matter of the Parenting and Support of* Z.L.P.

MICHAEL CHRISTOPHER PERKINS, *Appellant*, v. JENNIER LYNN HOPPER, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 12-3-00290-6, Vickie I. Churchill, J., entered September 29, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.

[No. 72921-7-I.   Division One.   November 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NEMERI SOROR MONDO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05403-0, Carol A. Schapira, J., entered December 19, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.

[Nos. 73042-8-I; 73043-6-I;   Division One.   November 23, 2015.]
73044-4-I.

*In the Matter of the Dependency of* J.A.P. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DAVID LEE PERRY, JR., *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 14-7-00274-9, Millie M. Judge, J., entered January 6, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Dwyer, J.